1                                                                    E-Filing

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

| | |
|---|---|
| 11   TOSHIBA CORPORATION, | Case No.   C04 04708 VRW |
| 12                Plaintiff, | **THIRD STIPULATION TO CHANGE CASE MANAGEMENT CONFERENCE** |
| 13          v. | **DATE AND [PROPOSED] ORDER** |
| 14   HYNIX SEMICONDUCTOR INC., | |
| 15                Defendant. | |
| 16   HYNIX SEMICONDUCTOR INC., | |
| 17                Counterclaimant, | |
| 18          v. | |
| 19   TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | |
| 20   TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA AMERICA | |
| 21   ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA MEDICAL SYSTEMS, | |
| 22   INC., and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. | |
| 23 | |
| 24                Counterdefendants. | |

25       The parties, through their designated counsel, hereby request and stipulate that the date of the

26   Case Management Conference in this action, previously set for July 26, 2005, be changed to August

27   30, 2005, or a later date at the convenience of the Court.  In support of this stipulated request, and

28   pursuant to Local Rule 6-2, the parties respectfully submit the following:

1          1.        Plaintiff and Counterdefendants Toshiba Corporation, Toshiba America Information

2   Systems, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic

3   Components, Inc., Toshiba America Medical Systems, Inc., and Toshiba America Business Solutions,

4   Inc. and Defendant and Counterclaimant Hynix Semiconductor Inc. continue to be engaged in

5   settlement discussions.  For that reason, the parties seek to change the date of the Case Management

6   Conference in this action, previously set for July 26, 2005, to August 30, 2005, while a possible

7   settlement is finalized and the appropriate documents are submitted to the Court.

8          2.        This Third Stipulation to Change Case Management Conference Date and [Proposed]

9   Order is sought not for delay, but in order for the parties to devote their attention to reaching a

10  resolution of this matter without the need for a trial.

11         3.        By the Court's own order, the Case Management Conference was previously changed

12  from March 22, 2005 to April 26, 2005.  In addition, the Court previously approved the parties'

13  Stipulation to Change Case Management Conference Date and [Proposed] Order moving the Case

14  Management Conference from April 26, 2005 to May 31, 2005 and the parties' Second Stipulation to

15  Change Case Management Conference Date and [Proposed] Order moving the Case Management

16  Conference from May 31, 2005 to July 26, 2005.

17         4.        The effect the requested time modification would have on the schedule of the case is

18  that the Joint Case Management Statement, currently due July 19, 2005, would be due August 23,

19  2005.  In addition, since this is a patent case, the various patent disclosures, contentions and claim

20  ///

21  ///

22

23

24

25

26

27

28

1 | construction proceedings would be similarly postponed, as they trigger from the date of the Case

2 | Management Conference.

3 |       Respectfully submitted this 23rd day of June, 2005.

4 |       Respectfully submitted,

5 |       DLA PIPER RUDNICK GRAY CARY US LLP

6 |

7 | By: _____
   Mark Fowler (State Bar No. 124235)
   Ronald Loh-Hwa Yin (State Bar No. 063266)

8 | Alan A. Limbach (State Bar No. 173059)
   M. Elizabeth Day (State Bar No. 177125)

9 | Vincent Lam (State Bar No. 229355)

10 | Attorneys for Plaintiff/Counterdefendants
   TOSHIBA CORPORATION, TOSHIBA AMERICA

11 | INFORMATION SYSTEMS, INC., TOSHIBA
   AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA

12 | AMERICA ELECTRONIC COMPONENTS, INC.,
   TOSHIBA AMERICA MEDICAL SYSTEMS, INC., and

13 | TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.

14 |

15 |       Respectfully submitted,

16 |       TOWNSEND and TOWNSEND and CREW LLP

17 | By:  /S/ Susan M. Spaeth
   Daniel J. Furniss (State Bar No. 73531)

18 | Theodore G. Brown, III (State Bar No. 114672)
   Susan M. Spaeth (State Bar No. 142652)

19 |

20 | THELEN REID & PRIEST LLP
   Kenneth L. Nissly (State Bar No. 77589)
   Susan van Keulen (State Bar No. 136060)

21 | Attorneys for Defendant/Counterclaimant
   HYNIX SEMICONDUCTOR INC.

22 |

23 | **ORDER**

24 | PURSUANT TO STIPULATION, IT IS SO ORDERED

25 | Date: 30 JUN 2005, 2005

26 |

27 | _____

28 | 60451100 v1
   THE HONORABLE VAUGHN R. WALKER