TOWNSEND and TOWNSEND and CREW LLP
DANIEL J. FURNISS (State Bar No. 73531) djfurniss@townsend.com
THEODORE G. BROWN, III (State Bar No. 114672) tgbrown@townsend.com
SUSAN M. SPAETH (State Bar No. 142652) smspaeth@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

THELEN REID & PRIEST LLP
KENNETH L. NISSLY (State Bar No. 77589) kennissly@thelenreid.com
SUSAN VAN KEULEN (State Bar No. 136060) svankeulen@thelenreid.com
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Defendant/Counterclaimant
HYNIX SEMICONDUCTOR INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TOSHIBA CORPORATION,

Plaintiff,

v.

HYNIX SEMICONDUCTOR INC.,

Defendant.

HYNIX SEMICONDUCTOR INC.,

Counterclaimant,

v.

TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA MEDICAL SYSTEMS, INC., and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.

Counterdefendants.

Case No. C04 04708 VRW

**STIPULATED [~~PROPOSED~~] SCHEDULING ORDER**

Pursuant to rulings made during the case management conference on August 30, 2005, and subsequent meeting and conferring between the parties, the Court hereby sets the following pretrial schedule and limits discovery pending completion of claim construction, as follows:

September 14, 2005: Hynix's Disclosure of Asserted Claims and Preliminary Infringement Contentions (Local Patent Rules 3-1 and 3-2)

October 31, 2005: Toshiba's Preliminary Invalidity Contentions (Local Patent Rules 3-3 and 3-4)

November 15, 2005: Parties Exchange Lists of Claim Terms for Construction By Court (Local Patent Rule 4-1)

November 30, 2005: Parties Exchange Proposed Claim Constructions and Extrinsic Evidence (Local Patent Rule 4-2)

December 15, 2005: Parties To File Joint Claim Construction Statement (Local Patent Rule 4-3)

January 16, 2006: Hynix serves and files Opening Claim Construction Brief (Local Patent Rule 4-5(a))

February 13, 2006: Toshiba serves and files Responsive Claim Construction Brief (Local Patent Rule 4-5(b))

March 6, 2006: Hynix serves and files Reply Claim Construction Brief (Local Patent Rule (4-5 (c))

~~March 20, 2006: (approximate)~~ ~~Markman Hearing (at Court's discretion)~~

Markman hearing - March 29, 2006

Any declarations or opinions of experts in support of the parties' claim constructions shall be filed and served with or prior to the parties' corresponding opening or responsive claim construction briefs, and any such experts shall be made available for deposition regarding the subject matter of such declarations or opinions within two weeks (unless otherwise agreed by the parties) following the submission of such declarations or opinions.

All discovery not reasonably related to claim construction issues shall be stayed pending the Court's Claim Construction Order, absent agreement of the parties or order of the Court.

Both parties have contacted the Court regarding the inclusion of U.S. Patent 5,200,030 from C05-02914-VRW into this schedule. Toshiba takes the position that the ‘030 patent should be included in and subject to this pretrial discovery schedule, as stated in the Court’s Civil Pretrial Minutes of August 30, 2005. Hynix's position is that, since the complaint in C05-02914-VRW has

only recently been served and Hynix is not required to answer or otherwise respond to this complaint until October 10, 2005, setting a schedule in the C05-02914-VRW action is premature. This issue has not yet been ruled on by the Court.

Respectfully Submitted:

Dated: September 6, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By /S/ Alan A. Limbach
MARK FOWLER
RONALD L. YIN
ALAN A. LIMBACH
M. ELIZABETH DAY
VINCENT LAM

Attorneys for Plaintiff/Counterdefendants TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA MEDICAL SYSTEMS, INC., AND TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.

Dated: September 6, 2005

TOWNSEND and TOWNSEND and CREW LLP

By /S/ Theodore G. Brown, III
Daniel J. Furniss
Theodore G. Brown, III
Susan M. Spaeth
Robert A. McFarlane
Anne M. Rogaski

THELEN REID & PRIEST LLP
Kenneth L. Nissly
Susan Van Keulen

Attorneys for Defendant/Counterclaimant HYNIX SEMICONDUCTOR INC.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from

Alan A. Limbach, DLA Piper Rudnick Gray Cary US LLP.

Dated: September 6, 2005

TOWNSEND and TOWNSEND and CREW LLP

By /S/ Theodore G. Brown, III
Theodore G. Brown, III

Attorneys for Defendant/Counterclaimant
HYNIX SEMICONDUCTOR INC.

**IT IS SO ORDERED:**

DATED: ____________________, 2005

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Vaughn R Walker

VAUGHN R WALKER
United States District Judge

60585069 v1