IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
TOSHIBA CORPORATION,                   No   C-04-4708 VRW

        Plaintiff,                          ORDER

    v

HYNIX SEMICONDUCTOR, INC,

        Defendant.
                                    /
```

On October 7, 2005, plaintiff Toshiba Corporation ("Toshiba") informed the court by letter about a discovery dispute over inventor depositions in this patent infringement case.  Doc #58.  Defendant Hynix Semiconductor, Inc ("Hynix") filed a responsive letter on October 11, 2005.  Doc #60.

Toshiba seeks relief from a stay order that currently limits the scope of depositions to claim construction issues. Toshiba requests that the court either:  (1) allow Toshiba to re-depose the inventors at some later date to testify on other issues or (2) push back dates on the scheduling order by six weeks and lift the stay to permit questioning of the inventors on topics

unrelated to claim construction.  Hynix opposes these requests and instead proposes that Toshiba depose the inventors on all issues in the case and that the court stick to the current scheduling order.

At this early stage of litigation, the court does not believe that it makes sense to require Hynix to produce inventors for a second deposition, especially given the significant cost in producing some foreign inventors.  The court notes that Hynix has said that it will try to accommodate Toshiba's second deposition requests.  And if all else fails, Toshiba can seek leave of the court at the appropriate time to re-depose the inventors.

Accordingly, Toshiba may depose the inventors once only, unless good cause is shown.  To the extent the stay interferes with the deposition of the inventors on all topics, the stay is lifted.

IT IS SO ORDERED.

**VAUGHN R WALKER**

United States District Chief Judge