1   MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
    RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2   ALAN A. LIMBACH (Bar No. 173059) (*alan.limbach@dlapiper.com*)
    M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
3   MEGAN OLESEK (Bar No. 191218) (*megan.olesek@dlapiper.com*)
    VINCENT LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
4   **DLA PIPER RUDNICK GRAY CARY US LLP**
    2000 University Avenue
5   East Palo Alto, CA  94303-2248
    Tel:    650-833-2000
6   Fax:    650-833-2001

7   Attorneys for Defendants and Counterclaimants
    TOSHIBA CORPORATION, et al.

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  HYNIX SEMICONDUCTOR INC.,                 CASE NO. C04-04708 VRW
                                              (AND RELATED CASES)
13              Plaintiff/Counterdefendant,
                                              **STIPULATION AND [~~PROPOSED~~]**
14      v.                                    **ORDER REGARDING JOINT**
                                              **MISCELLANEOUS ADMINISTRATIVE**
15  TOSHIBA CORPORATION, TOSHIBA              **REQUEST FOR LEAVE TO PERMIT**
    AMERICA INFORMATION SYSTEMS,              **DELIVERY AND USE OF ELECTRONIC**
16  INC., TOSHIBA AMERICA CONSUMER            **EQUIPMENT AT MARKMAN HEARING**
    PRODUCTS, L.L.C., TOSHIBA AMERICA
17  ELECTRONIC COMPONENTS, INC.,              Date:    March 29, 2006
    TOSHIBA AMERICA MEDICAL SYSTEMS,          Time:    9:30 a.m.
18  INC., and TOSHIBA AMERICA BUSINESS        Crtrm:   6
    SOLUTIONS, INC.                           Judge:   Honorable Vaughn R. Walker
19

20
                Defendants/Counterclaimants.
21

22

23      WHEREAS, Plaintiff/Counterdefendant Hynix Semiconductor Inc. ("Hynix") and

24  Defendants/Counterclaimants Toshiba Corporation, Toshiba America Information Systems, Inc.,

25  Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.,

26  Toshiba America Medical Systems, Inc. and Toshiba America Business Solutions, Inc.

27  (collectively, "Toshiba") wish to refer to and project demonstrative exhibits during the course of

28
                                              -1-

1  their oral arguments at the upcoming March 29, 2006, Markman Hearing in the above captioned

2  case;

3       The parties have agreed to the following stipulation:

4       Hynix and Toshiba will have delivered on March 28, 2006, at 3:00 p.m., for use during

5  oral argument at the Markman Hearing, the following equipment: laptop computers (which may

6  be delivered at the date and time specified in this paragraph or brought by the parties' counsel at

7  the time of the hearing), digital projectors, projection screens, an "ELMO," and any required

8  cables and connectors.

9  Dated:  March 22, 2006        TOWNSEND AND TOWNSEND AND CREW LLP

10

11          By    /s/ Robert A. McFarlane
          DANIEL J. FURNISS
          THEODORE G. BROWN, III

12            SUSAN M. SPAETH
          ROBERT A. MCFARLANE

13            ANNE M. ROGASKI

14            THELEN REID & PRIEST LLP

15            KENNETH L. NISSLY
          SUSAN VAN KEULEN

16

17            Attorneys for Plaintiff and Counterdefendant
          HYNIX SEMICONDUCTOR INC.

18

19

20

21

22

23

24

25

26

27

28

-2-

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10450342.1
351912-990603

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF
ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NO. C04-04708 VRW (AND RELATED CASES)

1    Dated:  March 22, 2006                    DLA PIPER RUDNICK GRAY CARY US LLP

2
                                               By____/s/ Vincent Lam_____
3                                                   MARK FOWLER
                                                    RONALD L. YIN
4                                                   ALAN A. LIMBACH
                                                    M. ELIZABETH DAY
5                                                   MEGAN OLESEK
                                                    VINCENT LAM
6
                                               Attorneys for Defendants and Counterclaimants
7                                              TOSHIBA CORPORATION, TOSHIBA
                                               AMERICA INFORMATION SYSTEMS, INC.,
8                                              TOSHIBA AMERICA CONSUMER
                                               PRODUCTS, L.L.C., TOSHIBA AMERICA
9                                              ELECTRONIC COMPONENTS, INC., TOSHIBA
                                               AMERICA MEDICAL SYSTEMS, INC., and
10                                             TOSHIBA AMERICA BUSINESS SOLUTIONS,
                                               INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              -3-

1

## **ORDER**

2      This Court has considered the parties' administrative request.  All parties are allowed to

3   deliver on March 28, 2006, at 3:00 p.m., their required equipment for use during the Markman

4   hearing in the above captioned case on March 29, 2006, and are hereby permitted to have such

5   equipment set up in the Courtroom at such time.  Laptop computers to be used during the Claim

6   Construction Hearing may be delivered at the above-noted time or may be brought by the parties'

7   counsel at the time of the hearing.

8   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10   Dated:  ___March 27, 2006___, 2006          _____



11                                              Vaughn R
                                               United Sta

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10450342.1
351912-990603

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF
ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NO. C04-04708 VRW (AND RELATED CASES)

1

**GENERAL ORDER 45 ATTESTATION**

2          I, Vincent Lam, am the ECF user whose ID and password are being used to file this

3     Stipulation and [Proposed] Order Regarding Joint Miscellaneous Administrative Request for

4     Leave to Permit Delivery and Use of Electronic Equipment at Markman Hearing.  In compliance

5     with General Order 45, X.B., I hereby attest that Robert A. McFarlane has concurred in this

6     filing.

7     Dated:  March 22, 2006

8                                                    By      /s/ Vincent Lam
                                                                VINCENT LAM

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10450342.1
351912-990603

-5-

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF
ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NO. C04-04708 VRW (AND RELATED CASES)