1  MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
   RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2  ALAN A. LIMBACH (Bar No. 173059) (*alan.limbach@dlapiper.com*)
   M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
3  MEGAN OLESEK (Bar No. 191218) (*megan.olesek@dlapiper.com*)
   VINCENT LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
4  **DLA PIPER RUDNICK GRAY CARY US LLP**
   2000 University Avenue
5  East Palo Alto, CA  94303-2248
   Tel:    650-833-2000
6  Fax:    650-833-2001

7  Attorneys for Defendants and Counterclaimants
   TOSHIBA CORPORATION, et al.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  HYNIX SEMICONDUCTOR INC., | CASE NO. C04-04708 VRW (AND RELATED CASES) |
| 13          Plaintiff/Counterdefendant, | **STIPULATION TO CHANGE FURTHER CASE MANAGEMENT CONFERENCE DATE AND [~~PROPOSED~~] ORDER** |
| 14  v. | |
| 15  TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA MEDICAL SYSTEMS, INC., and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., | Date:   June 27, 2006<br>Time:   9:00 a.m.<br>Crtrm:  6<br>Judge:  Honorable Vaughn R. Walker<br><br>Further CMC continued to:<br>August 22, 2006 at 9:00 |
| 20          Defendants/Counterclaimants. | |

23      The parties, through their designated counsel, hereby request and stipulate that the date of

24  the Further Case Management Conference in this action, previously set for June 27, 2006, be

25  changed to July 18, 2006, or a later date at the convenience of the Court.  In support of this

26  stipulated request, and pursuant to Local Rule 6-2, the parties respectively submit the following:

27      1.      On January 31, 2006, a further Case Management Conference was held.  The

28

-1-

1   Court set a further Case Management Conference for June 27, 2006.

2         2.      The parties are involved in an investigation before the United States International Trade Commission ("ITC"). The hearing in that investigation was recently rescheduled to take place between June 21 and June 28, 2006. Therefore, Toshiba's counsel (which is lead counsel in the district court actions and the ITC investigation) has a conflict with the currently scheduled June 27, 2006 further Case Management Conference. For that reason, Toshiba respectively seeks to change the date of the further Case Management Conference, previously set for June 27, 2006, to July 18, 2006. Hynix has agreed to this change in date and both parties are available on that date.

        3.      This Stipulation to Change Further Case Management Conference Date and [Proposed] Order is sought not for delay, but in order to allow Toshiba's lead trial counsel to participate in both the further Case Management Conference in this case and the ITC hearing.

        4.      By the Court's own order, the initial Case Management Conference was previously changed from March 22, 2005 to April 26, 2005. In addition, the Court previously approved the parties' Stipulation to Change Case Management Conference Date and [Proposed] Order moving the Case Management Conference from April 26, 2005 to May 31, 2005; the parties' Second Stipulation to Change Case Management Conference Date and [Proposed] Order moving the Case Management Conference from May 31, 2005 to July 26, 2005; and the parties' Third Stipulation to Change Case Management Conference from July 26, 2005 to August 30, 2005.

        5.      The effect the requested time modification would have on the schedule of the case is that the Updated Joint Case Management Statement, currently due June 20, 2006, would be due July 11, 2006.

///

///

-2-

| | | |
|---|---|---|
| 1 | Dated: June 1, 2006 | Respectfully submitted, |
| 2 | | TOWNSEND AND TOWNSEND AND CREW LLP |
| 3 | | |
| 4 | | By    /s/ Robert A. McFarlane<br>DANIEL J. FURNISS |
| 5 | | THEODORE G. BROWN, III<br>SUSAN M. SPAETH |
| 6 | | ROBERT A. MCFARLANE<br>ANNE M. ROGASKI |
| 7 | | THELEN REID & PRIEST LLP |
| 8 | | KENNETH L. NISSLY<br>SUSAN VAN KEULEN |
| 9 | | |
| 10 | | Attorneys for Plaintiff and Counterdefendant<br>HYNIX SEMICONDUCTOR INC. |
| 11 | | |
| 12 | Dated: June 1, 2006 | Respectfully submitted, |
| 13 | | DLA PIPER RUDNICK GRAY CARY US LLP |
| 14 | | |
| 15 | | By    /s/ Vincent Lam<br>MARK FOWLER |
| 16 | | RONALD L. YIN<br>ALAN A. LIMBACH |
| 17 | | M. ELIZABETH DAY<br>MEGAN OLESEK |
| 18 | | VINCENT LAM |
| 19 | | Attorneys for Defendants and Counterclaimants<br>TOSHIBA CORPORATION, TOSHIBA |
| 20 | | AMERICA INFORMATION SYSTEMS, INC.,<br>TOSHIBA AMERICA CONSUMER |
| 21 | | PRODUCTS, L.L.C., TOSHIBA AMERICA<br>ELECTRONIC COMPONENTS, INC., TOSHIBA |
| 22 | | AMERICA MEDICAL SYSTEMS, INC., and<br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. |

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10459068.1
351912-990603

-3-
STIPULATION T0 CHANGE FURTHER CASE MANAGEMENT CONFERENCE DATE AND [PROPOSED]
ORDER / CASE NO. C04-04708 VRW (AND RELATED CASES)

1 **ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: _____June 5,_____, 2006

5                                      THE HONORABLE VAUGHN R. WALKER

*IT IS SO ORDERED AS MODIFIED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

-4-

STIPULATION TO CHANGE FURTHER CASE MANAGEMENT CONFERENCE DATE AND [PROPOSED] ORDER / CASE NO. C04-04708 VRW (AND RELATED CASES)

DLA PIPER RUDNICK GRAY CARY US LLP
PA\10459068.1
351912-990603

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulation to Change Further Case Management Conference Date and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Robert A. McFarlane has concurred in this filing.

Dated: June 1, 2006

By   /s/ Vincent Lam
     VINCENT LAM

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10459068.1
351912-990603

-5-
STIPULATION T0 CHANGE FURTHER CASE MANAGEMENT CONFERENCE DATE AND [PROPOSED] ORDER / CASE NO. C04-04708 VRW (AND RELATED CASES)