IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>    Plaintiff,<br><br>    v<br><br>HYNIX SEMICONDUCTOR INC, et al,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS<br>_____/ | No   C-04-04708 VRW<br>AND RELATED CASES<br><br>ORDER |

     As stated in a clerk's notice filed earlier today (Doc #101), the court VACATES the claim construction hearing presently scheduled for July 6, 2006, at 9:30 AM. The court will construe the disputed terms on the submitted papers. If the court later determines that a hearing is warranted, the clerk will contact the parties to reschedule the hearing. Pat L R 4-6.

     IT IS SO ORDERED.

                              /s/ Vaughn R Walker
                              VAUGHN R WALKER
                              United States District Chief Judge