TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531)
THEODORE G. BROWN, III (State Bar No. 114672)
SUSAN M. SPAETH (State Bar No. 142652)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: djfurniss@townsend.com

TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
ROBERT A. McFARLANE (State Bar No. 172650)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

THELEN REID & PRIEST LLP
KENNETH L. NISSLY (State Bar No. 77589)
SUSAN VAN KEULEN (State Bar No. 136060)
KEITH L. SLENKOVICH (State Bar No. 129793)
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 292-5800; Facsimile: (408) 287-8040

Attorneys for Plaintiff
HYNIX SEMICONDUCTOR INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, ET AL. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C04-04708 VRW <br><br> **Related Cases:** <br> C05-4547 VRW; C05-4016 VRW; <br> C05-4100 VRW <br><br> **HYNIX'S [~~PROPOSED~~] ORDER RE: DISCOVERY SCHEDULE** |

-1-

Pursuant to the Court's instructions during the August 22, 2006, and the subsequent request from chambers that the parties submit separate proposed orders to facilitate the Court's review, Hynix hereby submits the following [Proposed] Order re: Discovery Schedule.

## I. DEADLINE FOR CERTAIN DISCLOSURES UNDER LOCAL PATENT RULES AND INITIAL DEADLINE FOR FACT DISCOVERY

Hynix proposes the following schedule for the completion of fact discovery pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case and to make certain of the disclosures required by the Northern District of California Local Patent Rules.

The parties are in agreement as to the December 1, 2006, deadline and the scope of the disclosures to take place thereon. The parties also agree that August 31, 2007, should be the initial cut-off for fact discovery. Hynix opposes Toshiba's proposal to bifurcate liability and damages discovery, because Hynix believes the lack of damages discovery will prevent the parties from evaluating one another's exposure in this case and thereby hamper efforts to settle the dispute. Thus, Hynix proposes that August 31, 2007, be the cut-off for fact discovery relating to liability and damages, with the exception of discovery pertaining to opinions of counsel offered in defense of willful infringement allegations which are addressed in section III, below.

| December 1, 2006 (agreed as to time and scope) | Last day for Toshiba to serve documents required by Patent L. R. 3-4(a) (source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified by patent claimant in its Patent L. R. 3-1(c) chart) pertaining to the '111, '311, 519, and '190 Patents at issue in the 4708 Case. |
|---|---|
| | Last day for Hynix to serve updated preliminary invalidity contentions for the asserted claims of the '579 patent at issue in the 4100 case and to serve preliminary invalidity contentions for the '994, '715 and '588 patents at issue in the 4547 Case as specified in Local P. R. 3-3. |
| | Last day for Hynix to serve documents required by Local P. R. 3-4(a) (source code, |

| | |
|---|---|
| | specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified by patent claimant in its Patent L. R. 3-1(c) chart) pertaining the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| August 31, 2007 (agreed as to time) | Close of initial fact discovery pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. This deadline shall apply to discovery pertinent to liability and to damages, with the exception of discovery relating to opinions of counsel, which is subject to the deadlines set forth below. |

## II. DEADLINES FOR FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS AS REQUIRED BY LOCAL PATENT RULE 3-6

Hynix proposes that the deadline for Final Infringement and Invalidity Contentions as required by Local Patent Rule 3-6 be set for October 12, 2007, to correspond with service of the initial expert reports on liability issues, i.e., on infringement and invalidity, as set forth below.

## III. DEADLINES FOR EXPERT DISCOVERY, WILLFUL INFRINGEMENT DISCOVERY AND DISPOSITIVE MOTIONS REGARDING LIABILITY

In addition to the agreed deadlines for fact discovery set forth in Section I, above, Hynix proposes the following deadlines for 1) expert discovery, 2) disclosure of any opinions of counsel to be offered in defense of willful infringement allegations, and 3) dispositive motions.

### A. Hynix Proposal For Expert Discovery Schedule

| | |
|---|---|
| October 12, 2007 | Initial Liability Expert Reports: Last day to serve initial expert reports regarding liability on issues on which each party has the burden of proof. Such reports would include the Hynix infringement report and Toshiba invalidity report regarding the '111, '311, '519, and '190 Patents at issue in the 4708 Case, and the Toshiba infringement report and Hynix invalidity report regarding the '579, '994, 715, and '588 Patents at issue in the 4100 and 4547 Cases. |

-3-

| | |
|---|---|
| October 15 to October 26, 2007 | Depositions of experts who submitted Initial Liability Expert Reports. Such depositions will address the subject matter of the Initial Liability Expert Reports. |
| October 26, 2007 | Initial Damages Expert Reports: Last day for the patentee to serve damages expert reports regarding infringement of the '111, '311, 519, and '190 Patents at issue in the 4708 Case (Hynix) and the '579 Patent at issue in the 4100 Case and the '994, 715, and '588 Patents at issue in the 4547 Case (Toshiba). |
| October 29 to November 9, 2007 | Depositions of experts who submitted Initial Damages Expert Reports. Such depositions will address the subject matter of the Initial Damages Expert Reports. |
| November 9, 2007 | Rebuttal Liability Expert Reports: Last day to serve rebuttal expert reports on issues of liability. |
| November 12 to November 30, 2007 | Expert depositions addressing subject matter of Rebuttal Liability Expert Reports. |
| November 30, 2007 | Rebuttal Damages Expert Reports: Last day to serve rebuttal expert reports on damages. |
| December 3 to December 14, 2007 | Expert depositions addressing subject matter of Rebuttal Damages Expert Reports. |
| December 14, 2007 | Close of Expert Discovery pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case.. |

**B. Hynix Proposal for Disclosure and Discovery of Opinions of Counsel**

| | |
|---|---|
| October 12, 2007 | Last day for parties intending to rely on opinion of counsel to make disclosures required by Local P. R. 3-8 pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| ~~December 14, 2007~~<br>AUGUST 31, 2007 | Close of discovery pertaining to any assertion of advice of counsel as defense to willfulness pertaining to the '111, '311, '519, and '190 |

| | |
|---|---|
| | Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |

### C. Hynix Proposal for Dispositive Motion Deadline

| | |
|---|---|
| January 18, 2008. | Last day to file dispositive motions pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |

Hynix respectfully requests that the Court adopt the schedule set forth above.

Dated: September 18, 2006    TOWNSEND AND TOWNSEND AND CREW LLP

By /s/ Robert A. McFarlane
ROBERT A. MCFARLANE

Attorneys for Plaintiff
HYNIX SEMICONDUCTOR INC.

60870497 v1

-5-

HYNIX'S [PROPOSED] ORDER RE: DISCOVERY SCHEDULE /
CASE NO. C04-4708 VRW (AND RELATED CASES)

## **CASE MANAGEMENT ORDER**

The [~~Proposed~~] Order re: Discovery submitted by Hynix and as <mark>modified</mark> and set forth above is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

DATED: September 26, 2006

_____
VAUGHN R. WALKER
United States District Judge

-6-
HYNIX'S [PROPOSED] ORDER RE: DISCOVERY SCHEDULE /
CASE NO. C04-4708 VRW (AND RELATED CASES)