TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531)
THEODORE G. BROWN, III (State Bar No. 114672)
SUSAN M. SPAETH (State Bar No. 142652)
379 Lytton Avenue
Palo Alto, California  94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email:  djfurniss@townsend.com

TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
ROBERT A. McFARLANE (State Bar No. 172650)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  ramcfarlane@townsend.com

THELEN REID & PRIEST LLP
KENNETH L. NISSLY (State Bar No. 77589)
SUSAN VAN KEULEN (State Bar No. 136060)
KEITH L. SLENKOVICH (State Bar No. 129793)
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 292-5800; Facsimile: (408) 287-8040

Attorneys for Plaintiff
HYNIX SEMICONDUCTOR INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, ET AL.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.    C04-04708 VRW<br><br>**Related Cases:**<br>C05-4547 VRW; C05-4016 VRW;<br>C05-4100 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR MEDIATION AND EXTENDING DEADLINE FOR SUBSEQUENT DISCLOSURES UNDER LOCAL PATENT RULES** |

1    Whereas the Court's Civil Pretrial Minute Order of August 22, 2006, directs the parties to

2    complete a mediation in the above-captioned cases on or before December 1, 2006,

3    Whereas the Parties have agreed to conduct a two-day mediation before the Hon. Eugene F.

4    Lynch (ret.);

5    Whereas the earliest dates on which the Parties could schedule the mediation is December 12

6    and 13, 2006; and

7    Whereas the parties previously agreed to exchange certain disclosures required by the Local

8    Patent Rules on December 1, 2006, anticipating that the mediation would be completed before that

9    schedule exchange of information,[1]

10   The Parties hereby stipulate and agree as follows:

11   1) The deadline to complete a mediation in the above-captioned matters shall be extended by

12   14 days (to December 15, 2006) so that the Parties may complete their mediation before Judge Lynch;

13   2) The deadline for disclosures under the Local Patent Rules currently set for December 1 shall

14   be extended until December 20, 2006, providing the Parties time to complete such disclosures

15   following the mediation before Judge Lynch; and

16   3) The extensions of time provided in the preceding two paragraphs do not alter any further

17   deadlines previously agreed by the Parties or set by the Court.

18   _____

19   [1] The Parties agreed to exchange on December 1 the following information:

20   1) Toshiba documents required by Patent L. R.  3-4(a) (source code, specifications,
     schematics, flow charts, artwork, formulas, or other documentation sufficient to show
21   the operation of any aspects or elements of an Accused Instrumentality identified by
     patent claimant in its Patent L. R. 3-1(c) chart) pertaining to the '111, '311, 519, and
22   '190 Patents at issue in the 4708 Case;

23   2) Hynix updated preliminary invalidity contentions for the asserted claims of the '579
     patent at issue in the 4100 case and preliminary invalidity contentions for the '994, '715
24   and '588 patents at issue in the 4547 Case as specified in Local P. R. 3-3; and

25   3) Hynix documents required by Local P. R. 3-4(a) (source code, specifications,
     schematics, flow charts, artwork, formulas, or other documentation sufficient to show
26   the operation of any aspects or elements of an Accused Instrumentality identified by
     patent claimant in its Patent L. R. 3-1(c) chart) pertaining the '579 Patent at issue in the
27   4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case.

28

1

2    IT IS SO STIPULATED.

3    Dated: November 2, 2006

4                                    TOWNSEND and TOWNSEND and CREW LLP

5

6
                                     By:___/s/_____
7                                        Daniel J. Furniss
                                         Theodore G. Brown, III
8                                        William J. Bohler
                                         Eric P. Jacobs
9                                        Robert A. McFarlane

10                                       Attorneys for Plaintiff and Counterdefendant
                                         HYNIX SEMICONDUCTOR INC.
11

12   Dated: November 2, 2006

13                                   DLA PIPER US  LLP

14

15
                                     By:___/s/_____
16                                       Mark Fowler
                                         Megan Olesek
17                                       Vincent Lam

18                                       Attorneys for Defendants and Counterclaimants
                                         TOSHIBA CORPORATION, et al.
19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Robert A. McFarlane, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION AND EXTENDING DEADLINE FOR SUBSEQUENT DISCLOSURES UNDER LOCAL PATENT RULES.  In compliance with General Order 45, X.B., I hereby attest that Vincent Lam has concurred in this filing.

Dated: November 2, 2006

TOWNSEND and TOWNSEND and CREW LLP


By:___/s/_____
       Robert A. McFarlane

Attorneys for Plaintiff and Counterdefendant
HYNIX SEMICONDUCTOR INC.

1

## ORDER

2    PURSUANT TO STIPULATION IT IS SO ORDERED.

3

4

5    Dated: ___November 6___, 2006

6

7    THE HONORABLE JOHN R. WALKER
     United States District Judge

8

9

10

11    60907539 v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28