MARK FOWLER (Bar No. 124235)
*mark.fowler@dlapiper.com*
RONALD L. YIN (Bar No. 063266)
*ronald.yin@dlapiper.com*
ALAN A. LIMBACH (Bar No. 173059)
*alan.limbach@dlapiper.com*
M. ELIZABETH DAY (Bar No. 177125)
*elizabeth.day@dlapiper.com*
MEGAN OLESEK (Bar No. 191218)
*megan.olesek@dlapiper.com*
VINCENT LAM (Bar No. 229355)
*vincent.lam@dlapiper.com*

**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650-833-2000
Fax: 650-833-2001

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HYNIX SEMICONDUCTOR INC.,

Plaintiff,

v.

TOSHIBA CORPORATION, ET AL.

Defendants.

AND RELATED COUNTERCLAIM.

Case No. C04-04708 VRW

**<u>Related Cases</u>:**
C05-4547 VRW; C05-4016 VRW; C05-4100 VRW

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR MEDIATION**

Whereas the Court's Civil Pretrial Minute Order of August 22, 2006, directs the Parties to complete a mediation in the above-captioned cases on or before December 1, 2006;

Whereas the Parties have agreed to conduct a mediation before the Hon. Eugene F. Lynch (ret.);

Whereas, on November 2, 2006, the Parties submitted a Stipulation and [Proposed] Order Extending Deadline for Mediation from December 1, 2006 to December 15, 2006 in order to complete the mediation before Judge Lynch;

Whereas, on November 6, 2006, the Court extended the deadline to complete a mediation to December 15, 2006 by Order;

Whereas the Parties have been and are continuing to meet without counsel to discuss settlement;

Whereas the Parties would like to make further progress before the mediation and believe the mediation would be more helpful in settlement after further discussions to narrow the issues;

Whereas the next agreeable date on which the Parties could schedule the mediation before Judge Lynch is January 29, 2007, and whereas the Parties agree to participate in mediation on that date if still necessary;

The Parties hereby stipulate and agree as follows:

1) The deadline to complete a mediation in the above-captioned matters shall be extended to February 1, 2007 so that the Parties may complete their mediation before Judge Lynch;

2) The extensions of time provided in the preceding two paragraphs do not alter any further deadlines previously agreed by the Parties or set by the Court.

IT IS SO STIPULATED.

Dated: December 7, 2006

TOWNSEND and TOWNSEND and CREW LLP

By: /s/ Theodore G. Brown, III
Daniel J. Furniss
Theodore G. Brown, III
William J. Bohler
Eric P. Jacobs
Robert A. McFarlane

Attorneys for Plaintiff and Counterdefendant
HYNIX SEMICONDUCTOR INC.

Dated: December 7, 2006

DLA PIPER US LLP

By: /s/ Vincent Lam
Mark Fowler
Megan Olesek
Vincent Lam

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, et al.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 8, 2006

THE HONORABLE VAUGHN R. WALKER
United States District Judge

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION. In compliance with General Order 45, X.B., I hereby attest that Theodore G. Brown, III has concurred in this filing.

Dated: December 7, 2006

DLA PIPER US LLP

By: /s/ Vincent Lam
Vincent Lam

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, et al.