TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531)
THEODORE G. BROWN, III (State Bar No. 114672)
WILLIAM J. BOHLER (State Bar No. 141970)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: djfurniss@townsend.com

TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
ROBERT A. McFARLANE (State Bar No. 172650)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ramcfarlane@townsend.com

THELEN REID & PRIEST LLP
KENNETH L. NISSLY (State Bar No. 77589)
SUSAN VAN KEULEN (State Bar No. 136060)
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 292-5800; Facsimile: (408) 287-8040

Attorneys for Plaintiff
HYNIX SEMICONDUCTOR INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, ET AL.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.   C04-04708 VRW<br><br>**Related Cases:**<br>C05-4547 VRW; C05-4016 VRW;<br>C05-4100 VRW<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER REQUESTING CONTINUANCE**<br>**OF JANUARY 16, 2007 CASE**<br>**MANAGEMENT CONFERENCE** |

1   WHEREAS a Case Management Conference is presently scheduled in the above-captioned
2   matter for January 16, 2007, at 9:00 a.m.;
3   WHEREAS, the Court entered an order on December 8, 2006, extending the deadline for the
4   mediation in this matter from December 15, 2006, to February 1, 2007, so that the parties may
5   complete additional settlement discussions prior to the mediation;
6   WHEREAS, the parties have scheduled a mediation before the Honorable Eugene F. Lynch
7   (Ret.) for January 29, 2007, some two weeks after the currently scheduled Case Management
8   Conference;
9   WHEREAS, the Court entered an order on December 27, 2006, allowing the parties to
10  continue their discovery schedule approximately sixty (60) days so that no additional discovery
11  responses are to be served prior to the mediation; and
12  WHEREAS, the Parties agreed schedule postpones service of additional responses to
13  outstanding discovery requests until after the presently scheduled Case Management Conference;
14  The Parties stipulate and agree as follows:
15  The Case Management Conference presently scheduled for January 16, 2007, may be
16  continued until February 13, 2007, at 9:00 a.m., or such other time as the Court deems appropriate, so
17  that the results of the parties' January 29, 2007, mediation are known prior thereto.
18  IT IS SO STIPULATED.

Dated: January 4, 2007                     Respectfully submitted,

                                           TOWNSEND and TOWNSEND and CREW LLP


                                           By:   /s/ Robert A. McFarlane
                                               Daniel J. Furniss
                                               Theodore G. Brown, III
                                               William J. Bohler
                                               Robert A. McFarlane


                                               THELEN REID & PRIEST LLP
                                               Kenneth L. Nissly
                                               Susan van Keulen

                                               Attorneys for Plaintiff
                                               HYNIX SEMICONDUCTOR INC.

| | | |
|---|---|---|
|1| Dated: January 4, 2007 | DLA PIPER US LLP |

By: /s/ Vincent Lam
    Mark Fowler
    Megan Olesek
    Vincent Lam

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, et al.

**GENERAL ORDER 45 ATTESTATION**

I, Robert A. McFarlane, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION AND EXTENDING DEADLINE FOR SUBSEQUENT DISCLOSURES UNDER LOCAL PATENT RULES. In compliance with General Order 45, X.B., I hereby attest that Vincent Lam has concurred in this filing.

Dated: January 4, 2007

TOWNSEND and TOWNSEND and CREW LLP


By: /s/
    Robert A. McFarlane

Attorneys for Plaintiff and Counterdefendant
HYNIX SEMICONDUCTOR INC.

1 **ORDER**

2   PURSUANT TO STIPULATION IT IS SO ORDERED

5   Dated: January _8_, 2007

    _____
    THE HONORABLE VAUGHN R. WALKER
    United States District Judge

    *[GRANTED stamp with signature of Judge Vaughn R Walker, United States District Court Northern District of California seal]*

10   60950536 v1