| | |
|---|---|
| 1 | MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*) |
| | RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*) |
| 2 | ALAN A. LIMBACH (Bar No. 173059) (*alan.limbach@dlapiper.com*) |
| | M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*) |
| 3 | VINCENT S. LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*) |
| | **DLA PIPER US LLP** |
| 4 | 2000 University Avenue |
| | East Palo Alto, CA 94303-2248 |
| 5 | Tel: 650-833-2000 |
| | Fax: 650-833-2001 |
| 6 | |
| 7 | Attorneys for Defendant and Counterclaimants |
| | TOSHIBA CORPORATION, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., | CASE NO. C04-04708 VRW |
| Plaintiff, | **Related Cases:** |
| v. | C05-04016 VRW; C05-04100 VRW; C05-04547 |
| TOSHIBA CORPORATION, | **STIPULATION TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12(B) AND 7-11** |
| Defendant. | |
| TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA MEDICAL SYSTEMS, INC., and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., | |
| Counterclaimants, | |
| v. | |
| HYNIX SEMICONDUCTOR INC., | |
| Counterdefendant. | |

1      Pursuant to Civil Local Rule 3-12(b) and 7-11, Defendant Toshiba Corporation, Counterclaimants Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., Toshiba America Medical Systems, Inc., and Toshiba America Business Solutions, Inc. (collectively, the "Toshiba entities"), and Plaintiff and Counterdefendant Hynix Semiconductor Inc. ("Hynix") hereby stipulate that:

     1.     Case Nos. C 04 04708 VRW and C 07 00153 MMC, both pending in the Northern District of California, should be related under Civil L.R. 3-12.

Dated: January 11, 2007     DLA PIPER US LLP

By  /s/ Vincent Lam
    MARK FOWLER
    RONALD L. YIN
    ALAN A. LIMBACH
    M. ELIZABETH DAY
    VINCENT LAM
    Attorneys for Defendant and Counterclaimant
    TOSHIBA CORPORATION, TOSHIBA
    AMERICA INFORMATION SYSTEMS, INC.,
    TOSHIBA AMERICA CONSUMER
    PRODUCTS, L.L.C., TOSHIBA AMERICA
    ELECTRONIC COMPONENTS, INC.,
    TOSHIBA AMERICA MEDICAL SYSTEMS,
    INC., and TOSHIBA AMERICA BUSINESS
    SOLUTIONS, INC.

Dated: January 11, 2007     TOWNSEND AND TOWNSEND AND CREW LLP

By  /s/ Robert McFarlane
    DANIEL J. FURNISS
    THEODORE G. BROWN, III
    SUSAN M. SPAETH
    ROBERT A. McFARLANE
    ANNE M. ROGASKI
    Attorneys for Plaintiff and Counterdefendant
    HYNIX SEMICONDUCTOR INC.

DLA PIPER US LLP    PA\10486688.1

-2-
STIPULATION TO RELATE CASES PURSUANT TO L.R. 3-12(B) AND 7-11
CASE NO. C04-04708 VRW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 23, 2007

_____
THE HONORABLE VAUGHN R. WALKER

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulation to Relate Cases Pursuant to Civil L.R. 3-12(B) and 7-11.  In compliance with General Order 45, X.B., I hereby attest that Robert McFarlane has concurred in this filing.

Dated: January 11, 2007        By    /s/ Vincent Lam
                                     VINCENT LAM