```
1   MARK FOWLER (Bar No. 124235)
    mark.fowler@dlapiper.com
2   RONALD L. YIN (Bar No. 063266)
    ronald.yin@dlapiper.com
3   ALAN A. LIMBACH (Bar No. 173059)
    alan.limbach@dlapiper.com
4   M. ELIZABETH DAY (Bar No. 177125)
    elizabeth.day@dlapiper.com
5   MEGAN OLESEK (Bar No. 191218)
    megan.olesek@dlapiper.com
6   VINCENT LAM (Bar No. 229355)
    vincent.lam@dlapiper.com
7
    DLA PIPER US LLP
8   2000 University Avenue
    East Palo Alto, CA 94303-2248
9   Tel:   650-833-2000
    Fax:   650-833-2001
10
    Attorneys for Defendants and Counterclaimants
11  TOSHIBA CORPORATION, et al.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HYNIX SEMICONDUCTOR INC., | Case No. C04-04708 VRW |
|---|---|
| Plaintiff, | **Related Cases:** C05-4547 VRW; C05-4016 VRW; C05-4100 VRW; C07-0153 VRW |
| v. | |
| TOSHIBA CORPORATION, ET AL. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION** |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

1     Whereas the Court's Civil Pretrial Minute Order of August 22, 2006, directs the Parties to complete a mediation in the above-captioned cases on or before December 1, 2006;

3     Whereas the Parties have agreed to conduct a mediation before the Hon. Eugene F. Lynch (ret.);

5     Whereas, on November 2, 2006, the Parties submitted a Stipulation and [Proposed] Order Extending Deadline for Mediation from December 1, 2006 to December 15, 2006 in order to complete the mediation before Judge Lynch;

8     Whereas, on November 6, 2006, the Court extended the deadline to complete a mediation to December 15, 2006 by Order;

10     Whereas, on December 7, 2006, the Parties submitted a Stipulation and [Proposed] Order Extending Deadline for Mediation from December 15, 2006 to February 1, 2007 in order to complete the mediation before Judge Lynch;

13     Whereas, on December 8, 2006, the Court extended the deadline to complete a mediation to February 1, 2007 by Order;

15     Whereas the Parties have been and are continuing to meet without counsel to discuss settlement;

17     Whereas the Parties would like to make further progress before the mediation and believe the mediation would be more helpful in settlement after further discussions to narrow the issues;

19     Whereas the Parties agree that a 60 day extension of the current mediation deadline would allow them to make such progress and agree to participate in mediation by the end of that time period if still necessary;

22     The Parties hereby stipulate and agree as follows:

23     1) The deadline to complete a mediation in the above-captioned matters shall be extended to April 2, 2007 so that the Parties may complete their mediation before Judge Lynch;

25     2) The extensions of time provided in the preceding paragraphs do not alter any further deadlines previously agreed by the Parties or set by the Court. The Parties will submit additional stipulations regarding the remaining schedule in these cases.

1  IT IS SO STIPULATED.

2  Dated: January 24, 2007

3                                 TOWNSEND and TOWNSEND and CREW LLP

4

5

                             By: /s/ Robert A. McFarlane
6                                  Daniel J. Furniss
                                 Theodore G. Brown, III
7                                  William J. Bohler
                                 Eric P. Jacobs
8                                  Robert A. McFarlane

9                                  Attorneys for Plaintiff and Counterdefendant
                                 HYNIX SEMICONDUCTOR INC.
10

11 Dated: January 24, 2007

12                                 DLA PIPER US LLP

13

14

                                By: /s/ Vincent Lam
15                                  Mark Fowler
                                 Megan Olesek
16                                  Vincent Lam

17                                  Attorneys for Defendants and Counterclaimants
                                 TOSHIBA CORPORATION, et al.
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION
CASE NO. C04-04708 VRW (and Related Cases)                                                 -2-
PA\10488303.1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____January 25_____, 2007

_____
THE HON. VAUGHN R. WALKER
United States District Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION
CASE NO. C04-04708 VRW (and Related Cases)
PA\10488303.1

-3-

## GENERAL ORDER 45 ATTESTATION

I, Vincent Lam, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION. In compliance with General Order 45, X.B., I hereby attest that Robert A. McFarlane has concurred in this filing.

Dated: January 24, 2007

DLA PIPER US LLP

By: /s/ Vincent Lam
Vincent Lam

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, et al.