1  MARK FOWLER (Bar No. 124235)
   *mark.fowler@dlapiper.com*
2  RONALD L. YIN (Bar No. 063266)
   *ronald.yin@dlapiper.com*
3  MEGAN OLESEK (Bar No. 191218)
   *megan.olesek@dlapiper.com*
4  VINCENT S. LAM (Bar No. 229355)
   *vincent.lam@dlapiper.com*
5  **DLA PIPER US LLP**
   2000 University Avenue
6  East Palo Alto, CA  94303-2248
   Tel:    650-833-2000
7  Fax:    650-833-2001

8  Attorneys for Defendants and Counterclaimants
   TOSHIBA CORPORATION, et al.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  HYNIX SEMICONDUCTOR INC.,              | CASE NO. C04-04708 VRW

14                  Plaintiff/Counterdefendant,  | **Related Cases:**
                                                 | C05-4547 VRW; C05-4016 VRW;
15             v.                                | C05-4100 VRW; C07-0153 VRW

16  TOSHIBA CORPORATION, et al.            | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY SCHEDULE**

17                  Defendants/Counterclaimants.

18  AND RELATED COUNTERCLAIMS.

1    Whereas on September 26, 2006, the Court issued a Case Management Order setting the

2 discovery schedule in these related cases;

3    Whereas on November 2, 2006, the parties submitted a Stipulation and [Proposed] Order

4 Extending Deadline for Mediation and Extending Deadline for Subsequent Disclosures Under

5 Local Patent Rules;

6    Whereas on November 6, 2006, the Court adopted the parties' November 2, 2006

7 Stipulation and Order;

8    Whereas on December 19, 2006, the parties submitted a Stipulation and [Proposed] Order

9 Extending Discovery Schedule;

10    Whereas on December 27, 2006, the Court adopted the parties' December 19, 2006,

11 Stipulation and [Proposed] Order Extending Discovery Schedule;

12    Whereas, the Court entered an order on January 25, 2007, extending the deadline for the

13 mediation in this matter from February 1, 2007 to April 2, 2007, so that the parties may complete

14 additional settlement discussions prior to the mediation;

15    Whereas the Parties have agreed to conduct a mediation before the Hon. Eugene F. Lynch

16 (ret.) on March 29, 2007;

17    Whereas the Parties have been and are continuing to meet without counsel to discuss

18 settlement;

19    Whereas the parties believe that an extension of the current schedule in these related cases

20 will allow the parties to focus on settlement;

21    Whereas no trial date has yet been set in these related cases;

22    The Parties hereby stipulate and agree as follows:

23    1) The current schedule in these related cases will be extended by approximately

24        60 days as follows:

| **Date** | **Event** |
|---|---|
| April 20, 2007 | Last day for Toshiba to serve documents required by Patent L. R. 3-4(a) (source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any |

-2-

| Date | Event |
|---|---|
| | aspects or elements of an Accused Instrumentality identified by patent claimant in its Patent L. R. 3-1(c) chart) pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case.<br><br>Last day for Hynix to serve updated preliminary invalidity contentions for the asserted claims of the '579 patent at issue in the 4100 case and to serve preliminary invalidity contentions for the '994, '715 and '588 patents at issue in the 4547 Case as specified in Local P. R. 3-3.<br><br>Last day for Hynix to serve documents required by Local P. R. 3-4(a) (source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified by patent claimant in its Patent L. R. 3-1(c) chart) pertaining the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| January 11, 2008 | Close of initial fact discovery pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case.  This deadline shall apply only as to discovery related to liability issues.<br><br>Close of discovery pertaining to any assertion of advice of counsel as defense to willfulness pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| February 15, 2008 | Service of Final Infringement and Invalidity Contentions as required by Patent Local Rule 3-6.<br><br>Initial Liability Expert Reports: Last day to serve initial expert reports regarding liability on issues on which each party has the burden of proof.  Such reports would include the Hynix infringement report and Toshiba invalidity report regarding the '111, '311, '519, and '190 Patents at issue in the 4708 Case, and the Toshiba infringement report and Hynix invalidity report regarding the '579, '994, '715, and '588 Patents at issue in the 4100 and 4547 Cases.<br><br>Last day for parties intending to rely on opinion of counsel to make disclosures required by Local P. R. 3-8 pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the |

| Date | Event |
|---|---|
| | 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| March 10-21, 2008 | Depositions of experts who submitted Initial Liability Expert Reports. Such depositions will address the subject matter of the Initial Liability Expert Reports. |
| March 21, 2008 | Initial Damages Expert Reports: Last day for the patentee to serve damages expert reports regarding infringement of the '111, '311, 519, and '190 Patents at issue in the 4708 Case (Hynix) and the '579 Patent at issue in the 4100 Case and the '994, 715, and '588 Patents at issue in the 4547 Case (Toshiba). |
| March 31, 2008 to April 11, 2008 | Depositions of experts who submitted Initial Damages Expert Reports. Such depositions will address the subject matter of the Initial Damages Expert Reports. |
| April 11, 2008 | Rebuttal Liability Expert Reports: Last day to serve rebuttal expert reports on issues of liability. |
| April 21, 2008 to May 2, 2008 | Expert depositions addressing subject matter of Rebuttal Liability Expert Reports. |
| May 2, 2008 | Rebuttal Damages Expert Reports: Last day to serve rebuttal expert reports on damages. |
| May 12-23, 2008 | Expert depositions addressing subject matter of Rebuttal Damages Expert Reports. |
| May 23, 2008 | Close of Expert Discovery pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| June 27, 2008 | Last day to file dispositive motions pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: January 31, 2007 | DLA PIPER US LLP |
| 2 | | |
| 3 | | By   /s/ Vincent Lam<br>    MARK FOWLER |
| 4 | | RONALD L. YIN<br>MEGAN OLESEK |
| 5 | | VINCENT S. LAM |
| 6 | | Attorneys for Defendants and Counterclaimants<br>TOSHIBA CORPORATION, TOSHIBA |
| 7 | | AMERICA INFORMATION SYSTEMS, INC.,<br>TOSHIBA AMERICA CONSUMER |
| 8 | | PRODUCTS, L.L.C., TOSHIBA AMERICA<br>ELECTRONIC COMPONENTS, INC., TOSHIBA |
| 9 | | AMERICA MEDICAL SYSTEMS, INC., and<br>TOSHIBA AMERICA BUSINESS SOLUTIONS,<br>INC. |
| 10 | Dated: January 31, 2007 | TOWNSEND and TOWNSEND and CREW LLP |
| 11 | | |
| 12 | | By   /s/ Rob McFarlane<br>    DANIEL J. FURNISS |
| 13 | | THEODORE G. BROWN, III<br>WILLIAM J. BOHLER |
| 14 | | ERIC P. JACOBS<br>ROBERT A. MCFARLANE |
| 15 | | IGOR SHOIKET |
| 16 | | Attorneys for Plaintiff and Counterdefendant<br>HYNIX SEMICONDUCTOR INC. |

1  **[PROPOSED] ORDER**

2  The Stipulation and [Proposed] Order Extending Discovery Schedule is hereby adopted by
3  the Court. The parties are directed to comply with this Order.

5  **IT IS SO ORDERED.**

8  DATED: February 2, 2007



VAUGHN R. WALKER
United States District Judge

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Discovery Schedule. In compliance with General Order 45, X.B., I hereby attest that Rob McFarlane has concurred in this filing.

Dated: January 31, 2007

DLA PIPER US LLP

By: /s/ Vincent Lam
Vincent Lam

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA MEDICAL SYSTEMS, INC., and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.