MARK FOWLER (Bar No. 124235)
*mark.fowler@dlapiper.com*
RONALD L. YIN (Bar No. 063266)
*ronald.yin@dlapiper.com*
ALAN A. LIMBACH (Bar No. 173059)
*alan.limbach@dlapiper.com*
M. ELIZABETH DAY (Bar No. 177125)
*elizabeth.day@dlapiper.com*
MEGAN OLESEK (Bar No. 191218)
*megan.olesek@dlapiper.com*
VINCENT LAM (Bar No. 229355)
*vincent.lam@dlapiper.com*

**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:     650-833-2000
Fax:     650-833-2001

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., | Case No. C04-04708 VRW |
| Plaintiff, | **Related Cases:** C05-4547 VRW; C05-4016 VRW; C05-4100 VRW; C07-0153 VRW |
| v. | |
| TOSHIBA CORPORATION, ET AL. | **JOINT STIPULATION REQUESTING CONTINUANCE OF FEBRUARY 13, 2007 CASE MANAGEMENT CONFERENCE** |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

1      WHEREAS a Case Management Conference is presently scheduled in the above-captioned

2  matter for February 13, 2007, at 9:00 a.m.;

3      WHEREAS, the Court entered an order on January 25, 2007, extending the deadline for the

4  mediation in this matter from February 1, 2007 to April 2, 2007, so that the parties may complete

5  additional settlement discussions prior to the mediation;

6      WHEREAS, the parties have scheduled a mediation before the Honorable Eugene F. Lynch

7  (Ret.) for March 29, 2007, some six weeks after the currently scheduled Case Management

8  Conference; and

9      WHEREAS, the parties will, concurrently with the filing of this Stipulation, file a separate

10  stipulation requesting a continuance of their discovery schedule by approximately sixty (60) days so

11  that no additional discovery responses are to be served prior to the mediation;

12      The Parties stipulate and agree as follows:

13      The Case Management Conference presently scheduled for February 13, 2007, may be

14  continued until April 17, 2007, at 9:00 a.m., or such other time as the Court deems appropriate, so that

15  the results of the parties' March 29, 2007, mediation are known prior thereto.

16      IT IS SO STIPULATED.

17

18  Dated:  January 31, 2007            Respectfully submitted,

19                                     TOWNSEND and TOWNSEND and CREW LLP

20

21                                     By:  /s/ Robert A. McFarlane
                                            Daniel J. Furniss
22                                          Theodore G. Brown, III
                                            William J. Bohler
23                                          Robert A. McFarlane

24                                     THELEN REID & PRIEST LLP
25                                          Kenneth L. Nissly
                                            Susan van Keulen
26
                                       Attorneys for Plaintiff
27                                     HYNIX SEMICONDUCTOR INC.

28

JOINT STIPULATION REQUESTING CONTINUANCE OF
FEBRUARY 13, 2007 CASE MANAGEMENT CONFERENCE                                    -1-
PA\10488853.1
351912-990603

1    Dated: January 31, 2007          DLA PIPER US LLP

2

3

4                               By:    /s/ Vincent Lam                 
                                  Mark Fowler
                                  Megan Olesek

5                                   Vincent Lam

6                                   Attorneys for Defendants and Counterclaimants
                                  TOSHIBA CORPORATION, et al.

7

8                         **GENERAL ORDER 45 ATTESTATION**

9         I, , Vincent Lam, am the ECF user whose ID and password are being used to file this JOINT

10 STIPULATION REQUESTING CONTINUANCE OF FEBRUARY 13, 2007 CASE

11 MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that

12 Robert A. McFarlane has concurred in this filing.

13

14 Dated:  January 31, 2007

15

16                                   DLA PIPER US LLP

17

18                                 By:    /s/  Vincent Lam                
                                  Vincent Lam

19

20                                   Attorneys for Defendants and Counterclaimants
                                  TOSHIBA CORPORATION, et al.

21

22

23

24

25

26

27

28

1

**ORDER**

2   PURSUANT TO STIPULATION IT IS SO ORDERED.

3

4

5   Dated: _____February 2, 2007_____

6

7   THE HONORABLE JOHN R. WALKER
    United States District Judge

*IT IS SO ORDERED*

*Judge Vaughn R Walker*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REQUESTING CONTINUANCE OF
FEBRUARY 13, 2007 CASE MANAGEMENT CONFERENCE                    -3-
PA\10488853.1
351912-990603