TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531)
THEODORE G. BROWN, III (State Bar No. 114672)
WILLIAM J. BOHLER (State Bar No. 141970)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: djfurniss@townsend.com

TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
ROBERT A. McFARLANE (State Bar No. 172650)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ramcfarlane@townsend.com

THELEN REID & PRIEST LLP
KENNETH L. NISSLY (State Bar No. 77589)
SUSAN VAN KEULEN (State Bar No. 136060)
KEITH L. SLENKOVICH (State Bar No. 129793)
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 292-5800; Facsimile: (408) 287-8040
Attorneys for Plaintiff
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, ET AL. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.  C04-04708 VRW <br><br> **Related Cases:** <br> C05-4547 VRW; C05-4016 VRW; <br> C05-4100 VRW; C07-00153 VRW <br><br> **[PROPOSED] ORDER GRANTING MOTION TO STAY CERTAIN PROCEEDINGS PENDING DETERMINATION IN ITC ACTION** <br><br> Date:  Thursday, March 15, 2007 <br> Time: 2:00 p.m. <br> Dept. Courtroom 6, Hon. Vaughn R. Walker |

1    Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s (collectively "Hynix")

2  Motion To Stay Certain Proceedings Pending Determination In ITC Action was heard before The

3  Honorable Vaughn R. Walker on March 15, 2007, at 2:00 p.m.  The Court, having considered the

4  briefs and arguments of counsel, and for good cause appearing therein, hereby ORDERS that Hynix's

5  Motion to Stay is GRANTED.  Pursuant to 28 U.S.C. § 1659, Case No. C07-00153 VRW is hereby

6  stayed, and proceedings in Case No. C05-04547 VRW are stayed as to United States Patent No.

7  6,424,588, pending notice to the Court that final determination has been entered in the International

8  Trade Commission in its section 337 investigation regarding these three patents.

9

10  IT IS SO ORDERED.

11

12  DATED: ____March 14____, 2007

13

14                              The Honorable Vaughn R. Walker
                                United States District Judge
15

16

17  60973008 v1