1  MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
   RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2  ALAN A. LIMBACH (Bar No. 173059) (*alan.limbach@dlapiper.com*)
   M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
3  VINCENT S. LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
   **DLA PIPER US LLP**
4  2000 University Avenue
   East Palo Alto, CA  94303-2248
5  Tel:     650-833-2000
   Fax:    650-833-2001
6
   Attorneys for Defendant and Counterclaimants
7  TOSHIBA CORPORATION, et al.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  HYNIX SEMICONDUCTOR INC.,              CASE NO. C04-04708 VRW

12             Plaintiff,                  **Related Cases:**
                                           C05-04016 VRW; C05-04100 VRW;
13        v.                               C05-04547 VRW; C07-00153 VRW

14  TOSHIBA CORPORATION,                   **STIPULATION AND [~~PROPOSED~~]
                                           ORDER DISMISSING ACTIONS
15             Defendant.                  PURSUANT TO RULE 41(a)**

16
    TOSHIBA CORPORATION, TOSHIBA
17  AMERICA INFORMATION SYSTEMS,
    INC., TOSHIBA AMERICA CONSUMER
18  PRODUCTS, L.L.C., TOSHIBA
    AMERICA ELECTRONIC
19  COMPONENTS, INC., TOSHIBA
    AMERICA MEDICAL SYSTEMS, INC.,
20  and TOSHIBA AMERICA BUSINESS
    SOLUTIONS, INC.,
21
               Counterclaimants,
22
          v.
23
    HYNIX SEMICONDUCTOR INC.,
24
               Counterdefendant.
25

26

27

28

1    WHEREAS, the parties hereto have reached a confidential settlement that resolves all

2    claims and counterclaims asserted between them, including those asserted in the above-captioned

3    action and all related actions;

4    IT IS HEREBY STIPULATED by and between the parties to this action through their

5    designated counsel that the above-captioned action and all related actions be and hereby are

6    dismissed without prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs,

7    expenses and attorneys fees.

8    IT IS SO STIPULATED.

9    Dated:  March 27, 2007                 TOWNSEND and TOWNSEND and CREW LLP

10

11                                                        By____/s/ Robert A. McFarlane_____
                                                              DANIEL J. FURNISS

12                                                            THEODORE G. BROWN, III
                                                              WILLIAM J. BOHLER

13                                                            ROBERT A. MCFARLANE

14                                                            THELEN REID & PRIEST LLP
                                                              KENNETH L. NISSLY

15                                                            SUSAN VAN KEULEN

16                                                            Attorneys for Plaintiff and Counterdefendant
                                                              HYNIX SEMICONDUCTOR INC.

17

18
     Dated:  March 27, 2007                 DLA PIPER US LLP
19

20                                                        By____/s/ Vincent S. Lam_____
                                                              MARK FOWLER

21                                                            RONALD L. YIN
                                                              ALAN A. LIMBACH

22                                                            M. ELIZABETH DAY
                                                              VINCENT S. LAM

23

24                                                            Attorneys for Defendants and Counterclaimants
                                                              TOSHIBA CORPORATION, TOSHIBA

25                                                            AMERICA INFORMATION SYSTEMS, INC.,
                                                              TOSHIBA AMERICA CONSUMER

26                                                            PRODUCTS, L.L.C., TOSHIBA AMERICA
                                                              ELECTRONIC COMPONENTS, INC.,

27                                                            TOSHIBA AMERICA MEDICAL SYSTEMS,
                                                              INC., and TOSHIBA AMERICA BUSINESS

28                                                            SOLUTIONS, INC.

-2-

1

**ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED

3     Dated: __ March 30 __, 2007

4

5                                    THE HONORABLE VAUGHN R WALKER

6                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP

PA\10494966.1
351912-990603

-3-

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE
41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Vincent S. Lam, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE 41(a).  In compliance with General Order 45, X.B., I hereby attest that Robert A. McFarlane has concurred in this filing.

Dated:  March 27, 2007                    DLA PIPER US LLP


By   /s/ Vincent S. Lam
          VINCENT S. LAM
          Attorneys for Defendant and Counterclaimants
          TOSHIBA CORPORATION, et al.

DLA PIPER US LLP

PA\10494966.1
351912-990603

-4-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE
41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)